```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION
```

IN RE: PAUL L. BARKER              )
                                   )
IBM AS SUCCESSOR IN INTEREST TO    )
Chase Home Finance LLC,            )
            Creditor,              )
                                   )
    vs.                            ) CASE NO. 08B34444
                                   ) JUDGE Pamela S. Hollis
PAUL L. BARKER,                    )
            Debtor                 )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes IBM AS SUCCESSOR IN INTEREST TO Chase Home Finance LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the July 1, 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of May 27, 2011:

| | |
|---|---|
| a. Payment Contractual Due July 1, 2011 for 651.99 (P&I) | $651.99 |
| b. Attorney's fees | $ 250.00 |
| c. Escrow Advance Prior Servicer (Insurance paid 1/29/09 Taxes paid 7/22/10 & 9/15/10 | $2,844.91 |
| d. Escrow Advance Taxes paid 11/23/10 | $1,452.95 |
| Total | $5,199.85 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice IBM AS SUCCESSOR IN INTEREST TO Chase

Home Finance LLC rights to collect these amounts will be unaffected.

                Respectfully Submitted,
                IBM AS SUCCESSOR IN INTEREST TO
                Chase Home Finance LLC

                /s/Christopher M. Brown
                Christopher M. Brown
                ARDC#6271138

                Pierce and Associates, P.C.
                1 North Dearborn
                Suite 1300
                Chicago, Illinois 60602
                (312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: PAUL L. BARKER | ) |
| | ) |
| IBM AS SUCCESSOR IN INTEREST TO | ) |
| Chase Home Finance LLC, | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 08B34444 |
| | ) JUDGE Pamela S. Hollis |
| PAUL L. BARKER, | ) |
|     Debtor | ) |

## NOTICE OF FILING

TO:   See attached service list

PLEASE TAKE NOTICE THAT ON July 27, 2011 IBM AS SUCCESSOR IN INTEREST TO Chase Home Finance LLC filed the attached **Response to Notice of Payment of Final Mortgage Cure**.

## PROOF OF SERVICE

I, the undersigned Attorney, Certify that a copy of this Notice was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on July 27, 2011, with proper postage prepaid.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

Pierce and Associates,
1 North Dearborn
13th Floor
Chicago, IL 60602

NOTICE OF MOTION ADDRESSES

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**by Electronic Notice though ECF**

To Debtor:
PAUL L. BARKER
2312 S. Kirkland Avenue
Chicago, IL 60623
**by U.S. Mail**

1605 S. Third Avenue, Apt E
Maywood, IL 60153-2262
**by U.S. Mail**

To Attorney:
Timothy K. Liou
605 West Madison Street, Suite 331
Chicago, Illinois 60661
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088

PA08-5936